UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America            )
                                     )
    v.                        )        USDC No. 22-mj--239-02 (MAU))   ,
                                       )
Jacob Michael Therres, *defendant*.      )

NOTICE OF APPEARANCE
(DEFENDANT)

THE COURT WILL PLEASE NOTE the appearance of Nathan I. Silver, Esq., appointed

by this Court under the Criminal Justice Act *nunc pro tunc* to  the 15th day of November, 2022,

as attorney of record in the above-referenced case.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Andrew Tessmani,
Esq., United States Dept. of Justice, USAO-Detailee, and Norman A. Pattis, attorney for
codefendant Douglas Wyatt, via ECF this 15th day of November, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*